# United States Court of Appeals
## For the Eighth Circuit

_____

No. 25-2984

_____

Christopher Martin

*Plaintiff - Appellant*

v.

NFL Disability Plan; NFL Retirement Plan; Michael B. Miller, Plan Director; Gabriella Brown, Senior Coordinator - Player Benefits; Anita Martin; Legal Representatives of Anita Martin; Colin M. Quinn; Lewanna Bell Lloyd; Judge Krishnan Christopher Jayaram; Judge Christina Dunn Gyllenborg; Leonard Math; Mary R. Wyatt; Tammy Parrott

*Defendants - Appellees*

_____

Appeal from United States District Court
for the Western District of Missouri - Kansas City

_____

Submitted: June 3, 2026
Filed: June 8, 2026
[Unpublished]

_____

Before GRUENDER, KELLY, and KOBES, Circuit Judges.

_____

PER CURIAM.

Christopher Martin appeals after the district court[1] dismissed his civil action, challenging only the resolution of his Employment Retirement Income Security Act claim, which the district court concluded was time-barred. After careful review of the record and the parties' arguments on appeal, we find no basis for reversal. <u>See</u> <u>Humphrey v. Eureka Gardens Pub. Facility Bd.</u>, 891 F.3d 1079, 1081 (8th Cir. 2018) (reviewing de novo grant of Fed. R. Civ. P. 12(b)(6) motion to dismiss claim as time-barred). Accordingly, we affirm, and we deny the pending motions. <u>See</u> 8th Cir. R. 47B.

———————————————

[1]The Honorable Howard Sachs, United States District Judge for the Western District of Missouri.